Inpropria persona Christolyn Carter non corporate entity
ISSUER benefactor nunc pro tunc origin sponsor creditor
5751 Stewart street Pennsylvania [19131]
Domicile Place North Amexem

Restricted jurisdiction
By principal benefiary "

5:09-cv-439-Oc-10GRJ

# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re alleged case: | ) ) ARBITRATION.non jury ) ) |
| Inpropria persona Christlyn Carter Benefactor ORIGIN SPONSOR CREDITOR claimant/plaintiff Claim holder SIC NUNC PRO TUNC, | ) ) ) ) Confidential materials CCI ) |
| vs. libelees borrowers TAYLER BEAN and WHITAGER DOLUS ASSIGNEE OCWEN | BY ENFORCEMENT OF CONTRACT ONLY rule 9 h WAIVER OF 20 SUMMONS appointment of administrative judge trusteeship |

KEY WORDS ADMINSTRATIVE NOTICE ADMIRALTY MARITIME COMMERCIAL CONTRACT COUNTER CLAIMS, BARGE ,VESSAL DAMAGES BY BREACH OF WARRANTY, BENEFICIARY UNDER CONTRACT LAW  CONFIDENTIAL TRUSTEESHIP GRANTOR GRANTEE RE EXPRESSING THE TRUST  LEGALITY CONSTRUDE

1

1
2
3  **FACTUAL STATEMENTS OF THE CLAIMS** cause of action BREACH OF WARRANTY
4  Christolyn Carter issuer ucc 3-105 of the private credit note valued @$89,900 promissory in
5  nature in which Tayler Bean and Whitaker used deceptive illegal fraudulent methods of obtaining equitable
   interest by power of attorney on 5751 stewart unlawfully executed via involuntary trust fraud on 11-30-07
6  recorded 12-06-07 Instrument #51820326 unlawfully in the city of Philadelphia policy venue The instant
7  petitioner asserts her rights to remedy and relief as benefactor the courts are obligated to void UNLAWFUL
8  FRAUDULANT CONTRACT BY CONVERSION USURY FRAUD THIS Makes any attempt to collect on a
   fraudulent and unenforceable WHICH ALSO DECLARES THE LIEN ON THE PROPERTY 5751 STEWART
9  STREET null void since Miss Carter is in fact the real creditor not TAYLER BEAN AND WHITAKER .under
10 fdcpa 1692 E 4 & 5  Tayler Bean and Whitaker is being sued by multiple parties see cases
11 below..........................................................................

| Parties | District Court | Judge | Type of Lawsuit | Cause of Action |
|---|---|---|---|---|
| **July 15, 2009** | | | | |
| Warque v. Taylor, Bean, & Whitaker Mortgage Corporation et al | GA Northern | Martin | Consumer Credit | Fair Debt Collection Act |
| **Plaintiff:** Teodoro Warque **Defendant:** Taylor, Bean, & Whitaker Mortgage Corporation, Mortgage Electronic Registration Systems, Inc. | | | | |
| **June 5, 2009** | | | | |
| Sandoval et al v. C2CL, Inc et al | NV | Mahan | Foreclosure | Petition for Removal- Foreclosure |
| **Plaintiff:** Richard Sandoval, Rose Marie Sandoval **Defendant:** C2CL, Inc., Taylor Bean & Whitaker Mortgage Corporation, Taylor Bean & Whitaker Mortgage Corporation | | | | |
| **May 26, 2009** | | | | |
| Wyatt v. Taylor, Bean and Whitaker Mortgage Corporation | MI Eastern | Rosen | Foreclosure | Truth in Lending |

2

**Plaintiff: Dean Wyatt Defendant: Taylor, Bean and Whitaker Mortgage Corporporated**

**May 21, 2009**

| Andrew Levy v. Trustee Corps et al | CA Central | Wright | All Other Real Property | Notice of Removal - Fraud |

**Plaintiff: Andrew Levy Defendant: Trustee Corps, Taylor, Taylor, Bean & Whitaker Mortgage Corp., Taylor, Taylor, Bean & Whitaker Mortgage Corp., Does**

**April 9, 2009**

| Maguire v. Taylor Bean & Whitaker Mortgage, et al | AZ | Bolton | Foreclosure | Federal Question |

**Plaintiff: Ronald Maguire; Defendant: Taylor Bean & Whitaker Mortgage, M.E.R.S. Inc., John Does 1-5**

**April 7, 2009**

| Maulding et al v. Taylor, Bean and Whitaker Mortgage Corporation | TX Eastern | Schell | Foreclosure | Federal Question |

**Plaintiff: Gay Maulding, Tim Maulding; Defendant: Taylor, Bean and Whitaker Mortgage Corporation**

ISSUE ONE

Tayler bean and Whitaker is not eligible to enforce collect or transfer the note monetized 11-30-07 without the consent of the benefactor Christolyn Carter who issued the entire process Without fair compensation

ISSUE TWO

Tayler bean and Whitaker is not have authorized to proceed in any mortgage foreclosure process and agrees to with draw all dolus liens and equity in the said property 5751 stewart is hereby revoked under ucc 3-105 & 3-202

ISSUE THREE  Tayler bean and whitaker is not authorized impedeing of foreign commerce The judicial history of the commerce clause of the U.S. Constitution (Article I, section 8, paragraph 3) can be divided into three eras: the first 150 years after the Constitution went into effect in 1789; the 1937–1995 period; and 1995 and beyond. *Gibbons v. Ogden* (1824) defined the first era. In that case, Chief Justice John Marshall wrote for the Supreme Court that commerce encompassed "every species of commercial intercourse" and that if Congress had legislated in the area, federal power was plenary. Such breadth did not make the unimplemented power exclusive, however, and it was ultimately the Court, under Chief Justice Roger B. Taney, that resolved the issue of the extent of state power in the absence of federal legislation Interstate commerce, or commerce among the several states, is the free exchange of commodities between citizens of different states across state lines. Commerce with foreign nations occurs between citizens of the United States and citizens or subjects of foreign governments and, either immediately or at some stage of its progress, is extraterritorial. Commerce with Indian tribes refers to traffic or commercial exchanges involving both the United States and American Indians. In reaching its decision, the Court took the various tests used throughout the history of the Commerce Clause to determine whether a federal statute is constitutional, and incorporated them into a new standard that

4

specifies three categories of activity that Congress may regulate under the clause: (1) the channels of interstate commerce, (2) persons or things in interstate commerce or instrumentalities of interstate commerce, and (3) activities that have "a substantial relation to interstate commerce ... i.e., those activities that substantially affect interstate commerce

**Monetary Remedy entitled &demanded**

## TABLES OF AUTHORITY

**USGOP STYLE MANEUL SEC 3.23 & 5.24**
**Equitable Conversion AN UNAUTHERIZED ASSUMPTION AND EXCERSISE OF THE RIGHT OF OWNERSHIP OVER GOODS OR PERSONAL CHATTELS BELONGING TO ANOTHER TO THE ALTERATION OF THEIR CONDITION OR EXCLUSIVE OF THE OWNER'S RIGHT SEE CATANIA VS GARAGE DE LE PAIX INC TEX CIV APP 542 SW 2D 239,241**

A cause of action for slander of title occurs when there is a false and malicious statement made to disparage a person's title to real estate. The elements of slander of title are: (1) falsity of the statement made; and (2) malice. The exact elements required can vary from state to state, but they are generally similar. this case showing the elements needed in that state for a slander of title action is First Sec. Bank of Utah, N.A. v. Banberry Crossing, 780 P.2d 1253 (Utah 1989):

**Slander of title**
**Definition:** a false and malicious written or spoken public statement disparaging a person's title to property that causes harm for which special damages may be awarded <damages for the filing of a fraudulent lien and for slander of title *M & P Concrete Prods. v. Woods*, 590 So. 2d 429 (1991)>
compare **defamation disparagement**

## JURISDICTION

BREACH OF WARRANTY AND EQUITABLE ESTOPPAL VIA Title 9 usca 1 & 2 UNIFORM COMMERCIAL CODE UCC ARTICLE 3 -105, 3-202 3-305 3-416 3-417

INTERROGATORIES
PRODUCE 2046 balance sheet as it relates to the original "loan", which shows the banks' ledgering of the account. Will show the off balance sheet entry and extinguishment of the "loan". This is a mandatory filing pursuant to Title 12 U.S.C. 248 & 347
PRODUCE Form 8300
PRODUCE 1099 OID and 1999 A report with the lawful lender and creditor Christolyn Carter 2007 Which is her priority claim under 31 usc section 3713 (a)

5

PRODUCE S3-A registration statement: shows when and where the instrument was sold... they can't claim "lost" note

PRODUCE 424 B-5 prospectus (security filing)

PRODUCE RC-S & RC-B call schedules.

PRODUCCE FASB (Financial Accounting Standards Board) part of GAAP (Generally Accepted Accounting Standards)

PRODUCE FAS 125, 133, 140, 5, 95. These will direct the auditor to the liability side of the banks' books and also create the trail of exactly where the money came from and where it went.

PRODUCE The original promissory ISSUER note falls under UCC 3-105 9 STATUS OF BENEFIARY Art. 3 because it is a negotiable instrument. Once it is securitized, it falls under UCC Art. 8 & 9 as a security. The banks are illegally selling your un-registered instrument. Deeds of trust and mortgage deeds are always registered as evidences of debt... notes are never registered.... selling un-registered securities is an automatic right of rescission of the original contract. You possess entitlement rights and possessory rights to your original note... it is negotiable.
PRODUCE UCC 3-305 is about recoupment, UCC 3-306 is the claim you must make to apply the set-off from the account ledger, this counterclaim is mandatory.

PRODUCE Title 12 1813 (L)(1) states that when you deposit a promissory note, it becomes a cash item to the bank. You were supposed to get a receipt for it, but you didn't know to ask for it. These notes are deposited into a transactional account and the credit goes to the accounts payable side of the ledger (assets) of the bank, but on the liability side, the note has been sold already after it was monetized by your signature. You are, therefore, the first funds transferor and have the right to either your note, or the cash equivalent.

PRODUCE Civil Rule 13 COUNTERCLAIM UNDER PENALTY OFF PERJURY .
full discovery, under Civil rule 36 if they don't produce them, they are admitting.full liable of $89,900

Christoyn Carter loaned them the note, she started the process, so she will show them where to fix the problem. They caused by lying deceptively using equitable conversion under false pretense  At law, all are presumed to be knowledgeable in banking since all deal in commercial paper every day. FRN's are nothing more than registered promissory notes, that's why they are recognized as deposits and you receive a receipt from the bank for your deposit. She has register her promissory note on a UCC-1 or UCC-3 to show a public interest in the note itself. This is recognizable in all Courts.

PRODUCE  The 1099 OID will identify who the principal is from, which capital and interest was taken, and who the recipient or payer of the funds are, and who is holding the account in escrow, un-adjusted.
TAYLER BEAN AND WHITAKER IS FULLY LIABLE TO Christolyn Carter

6

In the amount of $89,900 under title 31 section 3713 (b)
THE AUGUST 14 2009 DOLUS CONTRACT OFFER # 70760764 IS FORMALLY REJECTED AND RETURNED TO THE SENDER REGULATION Z AUGUST 17TH 2009 AND RESCINDED UNDER UCC 3-202
Stipulation  IF ANY FURTHER CORRESPONDENCE FROM THE SENDER IT MUST BE UNDER PENALTY OF PURJURY WITH PROOF OF CLAIMS


VENUE WITHIN THE ADMIRALTY MARITIME EQUITY ESTOPPAL JURISDICTION OF THE DRY DOCK  IRS 1099 A  OID FORMS  TITLE 9 U.S.C.1,2,4,8, 13,201,202,204


Parties

   Claimant/libellant Christolyn Carter LENDER Beneficiary of the united states republic . Damaged party from the loss of $89,900 NOTE MONOTIZED WITHOUT MY CONSENT

   Defendant Tortfeasor /libelee

   BORROWER TAYLER BEAN AND WHITAGER via DOLUS ASSIGNEE OCWEN .

Remedy demanded WHEREFORE,THE BENEFICIARY LIBELLANT PLAINTIFF COMMANDS THE COURTS TO ORDER TAYLER BEAN AND WHITAGER TO CEASE AND DESIST COLLATERAL ESSTOPPAL by Court ORDER or make monetary SETTLEMENT AS AGREED BY BOTH PARTIES,  in the amount of the $89,900 USD or. Cancel and withdraw permanently from fraudulent collecting on a note monetized without compensation to the Beneficiary Christolyn Carter ,

Conclusion ORDER Tayler bean and Whitaker& Ocwen withdraw permanently encluding all assigners who are terminated nunc pro tunc 090701234 CASE# ID 090701234 FILED JULY 13TH 2009 IN THE PROTHONOTARY.UNDER COLOR OF LAW.. there will be no liability in the amount of $89,000 but if they persist they will be lien and sued 3 times the amount of the monetized note they must also with draw from  090701234 CASE# ID 090701234 FILED JULY 13TH 2009 IN THE PROTHONOTARY.made UNDER COLOR OF LAW...the deed made 11/30/07 recorded is null void and revocated the house is under warranty deed #11302007 which is foreign in nature.which distinguishes grantor grantee relationship..as disqualified  do to unclean hands

7

CC COMPTROLLER GENERAL OF ACCOUNTS

*[signature: Christolyn Carter]*

Christolyn Carter benefiary of authorized representative

TRUST CHRISTOLYN CARTER .

Dated October 1^TH 2009 Respectifully

CC U.S. Court
207 Northwest
2nd street Room 337
Ocala Florida 34475