UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOLYN CARTER,

              Plaintiff,

v.                                                  Case No.  5:09-cv-439-Oc-10GRJ

TAYLOR, BEAN & WHITAKER MORTGAGE
CO.,

              Defendant.
_____

## ORDER

This cause is before the Court *sua sponte*. On October 5, 2009, Plaintiff filed her Complaint, but did not pay the filing fee or request leave of court to proceed *in forma pauperis*. Upon review, the Court finds that Plaintiff's Complaint fails to comply with Rule 8, Federal Rules of Civil Procedure, which requires "a short and plain statement of the grounds for the Court's jurisdiction" and "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's Complaint, which strings together unrelated legal jargon, is difficult to decipher and the Court is unable to determine the basis of Plaintiff's claim against Taylor, Bean & Whitaker Mortgage Company.

Accordingly, Plaintiff's Complaint (Doc. 1) is hereby **STRICKEN**. If Plaintiff wishes to proceed with this action, she shall file an amended complaint consistent with the directives of this Order, on or before **October 26, 2009**. At the time of filing an amended complaint, Plaintiff is required to pay the $ 350.00 filing fee or seek leave to proceed *in forma pauperis* by completing (and filing) an Application to Proceed Without

Prepayment of Costs and an Affidavit of Indigency. Failure to (1) file an amended complaint; and/or (2) pay the filing fee or seek leave to proceed *in forma pauperis* may result in a dismissal of this action.

Moreover, Plaintiff is advised that on August 24, 2009, Taylor, Bean & Whitaker Mortgage Company, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case No. 3:09-bk-07047-JAF. Pursuant to 11 U.S.C. §362(a) of the Bankruptcy Code, the petition for relief under Chapter 11 of the Bankruptcy Code, filed by Taylor, Bean & Whitaker Mortgage Company operates as a stay of the commencement of a judicial proceeding against Taylor, Bean & Whitaker Mortgage Company. Any deliberate action taken against Taylor, Bean & Whitaker Mortgage Company in violation of the stay could result in the imposition of sanctions by the Bankruptcy Court. Plaintiff should take this into account in deciding whether to pursue a claim against Taylor, Bean & Whitaker Mortgage Company.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on October 6, 2009.

GARY R. JONES
United States Magistrate Judge

Copies to:
   Pro Se Plaintiff